IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR50 |
| v. | |
| EDUARDO ORDAZ, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Eduardo Ordaz's ("Ordaz") Motion to Extend Self-Surrender Date (Filing No. 52). The government does not object to the extension. After considering the matter, the Court will grant the motion. No further extensions will be granted.

IT IS ORDERED that Ordaz's motion is granted, and his self-surrender date is extended to **Monday, September 25, 2023**. Ordaz shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 16th day of August, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge